104 So.2d 567

**Aaron Thomas WIGGINS**

v.

**STATE.**

**4 Div. 963.**

Supreme Court of Alabama.

July 24, 1958.

Prestwood & Prestwood, Andalusia, for petitioner.

John Patterson, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Aaron Thomas Wiggins for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Wiggins v. State, 104 So.2d 560.

Writ denied.

LIVINGSTON, C. J., and LAWSON, SIMPSON, GOODWYN and MERRILL, JJ., concur.